IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JUSTIN VIRDEN,**

**Plaintiff,**

v.

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**                                                                 **No. 11-CV-189-DRH**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Report and Recommendation from United States Magistrate Judge Clifford J. Proud.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 23, 2011 the Court **ADOPTS** the Report and Recommendation in its entirety and **GRANTS** the motion for summary judgment. This case is **REMANDED** for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. §405(g).---------------------------------------------------------------

**NANCY J. ROSENSTENGEL,**
**CLERK OF COURT**

BY:    *s/Sandy Pannier*
            **Deputy Clerk**

Dated: November 28, 2011

David R. Herndon
2011.11.28
15:42:24 -06'00'

APPROVED:
            CHIEF JUDGE
            U. S. DISTRICT COURT